### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO
### Judge Christine M. Arguello

Civil Action No. 09-cv-00473-CMA-BNB

UNITED STATES OF AMERICA,

     Petitioner,

v.

GERARD MAISONNEUVE, and
DEBRA K. MAISONNEUVE,

     Respondents.

---

### ORDER RE MOTION TO SET ASIDE APRIL 21, 2009 JUDGMENT

---

     This matter is before the Court on Respondents' Asservation In Support [Motion] To Vacate and Set Aside Judgement [sic] of April 21, 2009 (Doc. # 11). Upon review of the file, and for the reasons set forth in Petitioner's Response (Doc. # 12), the Court finds that the motion should be denied. It is hereby

     ORDERED that the Motion is, therefore, DENIED and STRICKEN.

     DATED:  May __22__, 2009

                                    BY THE COURT:

                                    _____
                                    CHRISTINE M. ARGUELLO
                                    United States District Judge