**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 09-cv-00473-CMA-BNB

UNITED STATES OF AMERICA,

    Petitioner,

v.

GERARD MAISONNEUVE, and
DEBRA K. MAISONNEUVE,

    Respondents.

_____

**ORDER ON DEFENDANT'S [sic] MOTION TO VACATE
COURT'S ORDER TO SHOW CAUSE**
_____

This matter is before the Court on Defendant's [sic] Motion to Vacate the Court's "Order to Show Cause" (Doc. # 16).  Upon review of the file the Court finds that the motion should be GRANTED.  It is hereby

ORDERED that the Show cause hearing set for August 7, 2009 is vacated and reset to **September 14, 2009, at 8:30 a.m.**  No further extensions will be granted.  It is

FURTHER ORDERED that a joint status report shall be filed no later than **September 7, 2009**.  If the Respondents have complied with this Court's Final Enforcement Order the parties may seek to vacate the Show Cause Hearing set for

September 14, 2009.

DATED: August 3, 2009.

BY THE COURT:

*Christine M Arguello*
_____
CHRISTINE M. ARGUELLO
United States District Judge