**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 09-cv-00473-CMA-BNB

UNITED STATES OF AMERICA,

 Petitioner,

v.

GERARD MAISONNEUVE, and
DEBRA K. MAISONNEUVE,

 Respondents.

**MINUTE ORDER**

ORDER ENTERED BY JUDGE CHRISTINE M. ARGUELLO

 This matter is before the Court on Petitioner's Motion To Vacate Show Cause Hearing (Doc. # 20). Having reviewed the motion, and finding good cause therein, the Court hereby

 ORDERS that the show cause hearing currently scheduled for September 14, 2009 at 8:30 a.m. is VACATED.

 DATED: September 11, 2009